DAVID L. SKELTON, TRUSTEE  #96250
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101
(619) 338-4006 (Phone)
(619) 239-5242 (Fax)

FILED  *rec#2280h*

2015 NOV -2  PM 1:07

CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, CA 92101-6991

| In Re: | |
|---|---|
| KIMBERLY SUE GIVENS<br>DENNIS PATRICK GIVENS<br>168 SANTA BARBARA WAY<br>VISTA, CA 92083 | Chapter 13<br><br>Bankruptcy Case No.  11-17124-MM13<br><br><br>UNDISTRIBUTED FUNDS |
| Debtors. | |

TO THE CLERK, BANKRUPTCY COURT:

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE REFERENCED CHAPTER 13 CASE.

DISPOSITION OF CASE: CLOSED

EXPLANATION OF SOURCES: STALE DATED FUNDS

NAME OF PAYEE ON UNCLAIMED CHECK:

KIMBERLY SUE and DENNIS PATRICK GIVENS
168 SANTA BARBARA WAY
VISTA, CA 92083

AMOUNT:  $6,411.30

I hereby certify under penalty of perjury that if valid addresses were available, a true copy of this was served on the debtors, the attorney of record, and the payee at the addresses as they appear herein.

SERVED:  [ ✓ ]DEBTORS   [ ✓ ]ATTORNEY   [  ]PAYEE

DATED:  October 28, 2015

Patty Morgan
Clerk for the Office of
DAVID L. SKELTON, TRUSTEE

CHRISTIAN MCLAUGHLIN #250885
701 PALOMAR AIRPORT RD STE 300
CARLSBAD, CA 92011

*17124 und*